IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAPABLE KIDS LEARNING
CENTER, INC.
PLAINTIFF**

v.                                     Case No. 4:03CV00754 GH

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES; KURT KNICKREHM, IN HIS
OFFICIAL CAPACITY AS DIRECTOR
OF THE ARKANSAS DEPARTMENT OF
HUMAN SERVICES; JAMES GREEN, PH.D.,
IN HIS OFFICIAL CAPACITY AS DIRECTOR
OF THE DIVISION OF DEVELOPMENTAL
DISABILITIES SERVICES OF THE
ARKANSAS DEPARTMENT OF HUMAN
SERVICES
DEFENDANTS**

## ORDER

Upon renewed motion of the defendants, the deadline to submit pretrial conference information sheets, exhibit and witness lists, and expert witness identification forms has been extended to Friday, August 26, 2005.

All other deadlines set forth in the October 14, 2004 order remain in effect.

IT IS SO ORDERED this 12th day of August, 2005.

*/s/ George Howard, Jr.*
The Honorable George Howard, Jr.
United States District Judge