IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAPABLE KIDS LEARNING CENTER, INC.                                         PLAINTIFF

v.                                    No. 4:03CV00754 GH

ARKANSAS DEPARTMENT OF HUMAN SERVICES, ET AL.            DEFENDANTS

## ORDER

Defendants' August 23rd motion (#61) to substitute John Selig in his official capacity as Director of the Arkansas Department of Human Services in place of Kurt Knickrehm, who resigned and is no longer employed by the Department, is hereby granted.

IT IS SO ORDERED this 24th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE