IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAPABLE KIDS LEARNING CENTER, INC.                               PLAINTIFF

v.                               No. 4:03CV00754 GH

ARKANSAS DEPARTMENT OF HUMAN SERVICES, ET AL.       DEFENDANTS

## ORDER

Plaintiff's February 17th motion (#74) for the law firm of Bowen Law Firm, PLLC to be substituted in place of Armstrong Allen, PLLC is hereby granted.

IT IS SO ORDERED this 21st day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE